■ STATE OF NEW YORK, Respondent, v MANLIO SEVERINO et al., Appellants, et al., Defendant. — Appeal from an order of the Supreme Court, Westchester County (Gagliardi, J.), dated December 5, 1980, dismissed as academic. Said order was superseded by a further order of the same court, dated January 6, 1982, which was entered upon reargument. Order dated January 6, 1982 affirmed insofar as appealed from. No opinion. The plaintiff is awarded one bill of $50 costs and disbursements. Mollen, P. J., Titone, Brown and Niehoff, JJ., concur.

■ JANICE A. ZIMBERG, Respondent, v WILLIAM ZIMBERG, Appellant. — In a matrimonial action, the defendant husband appeals from so much of an order of the Supreme Court, Queens County (Rodell, J.), dated January 6, 1982, as (1) directed him to pay the sum of $100 per week for the support and maintenance of the plaintiff wife, *pendente lite,* and (2) awarded plaintiff the sum of $500 as a counsel fee, *pendente lite.* Order affirmed insofar as appealed from, with $50 costs and disbursements. No opinion. Damiani, J. P., Mangano and Gibbons, JJ., concur.

Lazer, J., dissents and votes to modify the order appealed from by reducing the sum awarded to the plaintiff for her support and maintenance, *pendente lite,* to $75 per week, upon the ground that said award was excessive to the extent indicated, and, as so modified, to affirm the order insofar as appealed from.

■ In the Matter of MALCOLM G. AUSTIN, Appellant, v EDWARD R. HAMMOCK, as Chairman of the New York State Board of Parole, Respondent. — In a proceeding pursuant to CPLR article 78 to review a determination of the New York State Board of Parole revoking petitioner's parole and directing that he be reincarcerated for 18 months, petitioner appeals from a judgment of the Supreme Court, Westchester County (Dachenhausen, J.), dated April 14, 1982, which denied the petition. Appeal dismissed, without costs or disbursements. The petitioner has been restored to parole. Consequently, the issue raised is academic (*People ex rel. Outlaw v Walters,* 88 AD2d 607). Mollen, P. J., Gulotta, Brown and Niehoff, JJ., concur.